UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

THE NAUTILUS GROUP, INC.,

    Plaintiff,

v.

ICON HEALTH & FITNESS, INC.,

    Defendant.

CASE NO. C02-2420RSM

ORDER DENYING SUMMARY JUDGMENT

       This matter comes before the Court on plaintiff's Cross-Motion for Partial Summary that the Crossbow Product Infringes Claim 1 of the '057 Patent and Claim 1 of the '704 Patent. (Dkt. #457). Plaintiff argues that the Crossbow meets every element of these claims, and therefore, summary judgment is appropriate in its favor.

       The Court has already determined that the Crossbow does not meet several limitations set forth in those claims, and the Court continues to rely on the reasoning set forth in that Order. (Dkt. #519). As this Court has noted previously, if even one limitation of a claim is not met by an accused device, either literally or by equivalents, there is no infringement as a matter of law. *Lockheed Martin Corp. v. Space Systems/Loral, Inc.*, 324 F.3d 1308, 1321 (Fed. Cir. 2003). Accordingly, the Court finds that summary judgment in favor of plaintiff is not appropriate on this issue.

ORDER DENYING MOTION FOR SUMMARY JUDGMENT
PAGE - 1

Accordingly, the Court does hereby ORDER:

(1) Plaintiff's Cross-Motion for Summary Judgment (Dkt. #457) is DENIED.

(2) The Clerk shall forward a copy of this Order to all counsel of record.

DATED this _27_ day of May, 2005.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE