UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

THE NAUTILUS GROUP, INC.,

    Plaintiff,

    v.

ICON HEALTH & FITNESS, INC.,

    Defendant.

CASE NO. C02-2420RSM

ORDER FOR RESPONSE TO MOTION FOR RECONSIDERATION

On June 9, 2005, plaintiff filed a Motion for Reconsideration of the Court's previous order granting defendant's motions for summary judgment and denying plaintiff's motions for summary judgment. (Dkt. #526). In its motion, plaintiff asks the Court to reconsider its decisions in light of new facts raised by a recent deposition of defendant's expert witness, that could not have been brought to this Court earlier with reasonable diligence. The motion also asserts various legal errors in the Court's previous orders.

Although motions for reconsideration are generally disfavored, this Court may grant such motion if the moving party provides "a showing of new facts or legal authority which could not have been brought to [the Court's] attention earlier with reasonable diligence." Local Rule CR 7(h). However, the Local Rules also require that no motion for reconsideration may be granted without first allowing the non-moving party time to respond.

ORDER
PAGE - 1

Accordingly, it is hereby ORDERED:

(1) Pursuant to Local Rule CR7(h)(3), plaintiffs shall file a response to defendants' motion for reconsideration <u>no later than June 30, 2005</u>. The response is limited to eight pages or less.

(2) No reply by defendants shall be filed.

(3) The motion for reconsideration (Dkt. #526) shall be RE-NOTED for consideration on July 1, 2005.

(4) Plaintiff's request for oral argument is denied, and this Court shall consider plaintiff's motion on the submitted briefs.

(5) The Clerk shall forward a copy of this Order to all counsel of record.

DATED this  13th  day of June, 2005.

/s/ Ricardo S. Martinez
RICARDO S. MARTINEZ
United States District Judge