UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE NAUTILUS GROUP, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>ICON HEALTH & FITNESS, INC.,<br><br>        Defendant. | CASE NO. C02-2420RSM<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION |

    Plaintiff has moved for reconsideration of the Court's May 25, 2005, Order granting defendant's motion for partial summary judgment. Such motions are disfavored and will be denied in the absence of "a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier. . . ." Local Rule CR 7(h)(1). Plaintiff has failed to meet this standard. The deposition of Mark Suryan does not present any new facts as alleged by plaintiff, and nothing in plaintiff's motion compels the Court to reconsider its original ruling.

    Accordingly, plaintiff's motion for reconsideration is DENIED.

    DATED this __8__ day of August, 2005.

                                                     RICARDO S. MARTINEZ
                                                   UNITED STATES DISTRICT JUDGE

ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION