UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE NAUTILUS GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> ICON HEALTH AND FITNESS, INC., <br><br> Defendant. | CASE NO. C02-2420RSM <br><br> ORDER DISMISSING NEUTRAL EXPERT |

On May 19, 2004, this Court appointed Jens E. Jorgenson as a neutral expert in this case. In particular, Mr. Jorgenson was appointed to assist the Court on the patent portion of this action, and was asked to consult with the Court on the technology issues involved in this case. (Dkt. #287).

On August 29, 2005, this Court entered final judgment in favor of defendant on the patent claims. (Dkt. #536). Plaintiff appealed to the Federal Circuit Court of Appeals. However, on August 17, 2006, the Federal Circuit notified this Court that it had affirmed the Court's decisions. Accordingly, the parties' patent issues are now fully resolved, and this Court no longer requires Mr. Jorgenson's assistance with those issues.

ORDER - 1

1   The Court is extremely grateful to Mr. Jorgenson for his assistance over the past two years and
2   thanks him for his time and service. He is now DISMISSED from his obligation as neutral expert to
3   the Court on this action.
4   The Clerk shall provide copies of this order to Mr. Jorgenson and to all counsel of record.
5   Dated this _28_ day of August, 2006.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 2