Hon. Ricardo S. Martinez

1

2

3

4

5

6

7

_Court Use only above this line._

8

9

10

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

11

12

13

14

15

16

17

18

19

THE NAUTILUS GROUP, INC. f/k/a DIRECT FOCUS, INC. a Washington corporation,

     Plaintiff,

v.

ICON HEALTH & FITNESS, INC., a Delaware Corporation,

     Defendants.

Civil Action No. C02-2420 RSM

**JOINT REQUEST TO VACATE TRIAL DATE, PRE TRIAL DEADLINES, EXTEND STAND DOWN, AND TO HOLD RULINGS ON PENDING MOTIONS IN ABEYANCE**

20

21

22

23

24

25

26

     The parties to this action have previously agreed on several occasions to hold pre-trial activities and further rulings from the Court on pending motions in abeyance to allow them to engage in settlement negotiations and resolve the claims in this action. Under the Court's current scheduling order, numerous deadlines, including a trial date set for February 26, 2007, are imminent. In light of the fact that the parties are close to consummating a settlement of their differences, the parties respectfully request that the Court vacate the trial date of February 26, 2007 and all pre-trial deadlines currently set in this action. The parties further request that the Court hold all rulings on pending motions in abeyance up to and

JEFFER, MANGELS, BUTLER & MARMARO, LLP
1900 AVENUE OF THE STARS, 7TH FLOOR
LOS ANGELES, CA 90067
PHONE: (310) 203-8080
FAX: (2310 203-0567

including Friday, February 2, 2007.  The parties will report their progress on settlement to the

Court not later than February 5, 2007.

DATED this 29th day of January, 2007.

JEFFER, MANGELS, BUTLER & MARMARO LLP


/s/ Stanley M. Gibson
MARC MARMARO (*ADMITTED PRO HAC VICE*)
STANLEY M. GIBSON (*ADMITTED PRO HAC VICE*)
BRIAN W. KASELL  (*ADMITTED PRO HAC VICE*)
PAUL A. KROEGER  (*ADMITTED PRO HAC VICE*)
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067
Telephone:  (310) 203-8080
Facsimile:  (310) 203-0567

GARVEY SCHUBERT BARER
DAVID LIEBERWORTH WSBA #9329
1191 Second Avenue, 18th Floor
Seattle, WA 98101
Telephone:  (206) 816-1493
Facsimile:  (206) 464-0125

Attorneys for Nautilus, Inc.


WORKMAN NYDEGGER


/S/  Robert E. Aycock
BRENT P. LORIMER (*ADMITTED PRO HAC VICE*)
THOMAS R. VUKSINICK (*ADMITTED PRO HAC VICE*)
LARRY R. LAYCOCK (*ADMITTED PRO HAC VICE*)
ROBERT E. AYCOCK (*ADMITTED PRO HAC VICE*)
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, UT  84111
Telephone:  (801) 533-9800

STEPHEN J. KENNEDY
601 UNION STREET, SUITE 5450
Seattle, WA 98101-2327
Telephone: (206) 623-4711

JOINT REQUEST TO EXTEND STAND DOWN
AND HOLD RULINGS ON PENDING MOTIONS
IN ABEYANCE
(NO.C02-2420 RSM )
4413212v1

JEFFER, MANGELS, BUTLER & MARMARO, LLP
1900 AVENUE OF THE STARS, 7TH  FLOOR
LOS ANGELES, CA 90067
PHONE: (310) 203-8080
FAX: (2310 203-0567

1

2                                           Attorneys for ICON Health & Fitness, Inc.

3

4                                           **ORDER**

5          Based on the foregoing stipulation of the parties, **IT IS HEREBY ORDERED AS**

6   **FOLLOWS:**

7          1.     The trial date in this action, currently set for February 26, 2007, is vacated.

8          2.     All pre-trial deadlines set in the current scheduling order are vacated.

9          3.     The Court will hold in abeyance all rulings on pending motions up to and

10  including February 2, 2007.

11         4.     The parties are to report their progress toward settlement to the Court not later

12  than Monday, February 5, 2007.

13

14         Dated this 31st day of January, 2007.

15

16

17                                    RICARDO S. MARTINEZ
18                                    UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

JOINT REQUEST TO EXTEND STAND DOWN
AND HOLD RULINGS ON PENDING MOTIONS
IN ABEYANCE
(NO.C02-2420 RSM )
4413212v1

**JEFFER, MANGELS, BUTLER & MARMARO, LLP**
1900 AVENUE OF THE STARS, 7TH FLOOR
LOS ANGELES, CA 90067
PHONE: (310) 203-8080
FAX: (2310 203-0567